UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ayon | Case Number: CV07-03693 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v | |
| T. Richardson, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Alberto Ayon P-22590
Kern Valley State Prison
B6- 111
P.O. Box 5102
Delano, CA 93216

Dated: September 21, 2007

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk